# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

SHONNA LEIGH JORDAN,
    Plaintiff,

v.    No. 1:24-cv-0467 WJ/DLM

LELAND DUDEK,[1] Acting
Commissioner of Social Security,
    Defendant.

## ORDER ADOPTING PROPOSED FINDINGS
## AND RECOMMENDED DISPOSITION

THIS MATTER is before the Court on United States Magistrate Judge Damian L. Martínez's Proposed Findings and Recommended Disposition (PFRD) filed April 24, 2025. (Doc. 25.) Judge Martínez finds that Plaintiff Shonna Leigh Jordan fails to demonstrate that the ALJ's assessment of psychological consultative examiner Eligio R. Padilla Ph.D.'s opinion was legally deficient, or that the ALJ erred in failing to obtain additional mental health records. (*Id.* at 15.) Accordingly, Judge Martínez recommends denying the motion to remand.

The PFRD notified the parties of their ability to file objections no later than 14 days after the PFRD was filed. (*Id.*) As no party filed objections within the time allowed, the Court concludes that appellate review has been waived.

**IT IS THEREFORE ORDERED** that the PFRD (Doc. 25) is **ADOPTED** and Jordan's Motion to Reverse and Remand (Doc. 17) is **DENIED**.

/s/
_____
WILLIAM P. JOHNSON
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Leland Dudek is the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, he is substituted as defendant in this suit.